OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Minnesota

Lisa M. Carlson,

Plaintiff

v.

Valentine & Kebartas, Inc, and
Josh Ebert,

Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 11-3693 JNE/SER

TO: (Name and address of Defendant)

Valentine & Kebartas, Inc
500 Plymouth Bldg
12 South Sixth Street
Mpls, MN, 55402

Josh Ebert

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS (name and address)

John H. Goolsby
Goolsby Law Office, LLC
2701 University Ave SE, Ste. 209
Minneapolis, MN 55414

an answer to the complaint which is herewith served upon you, _____within 21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD D. SLETTEN

CLERK

(By) DEPUTY CLERK

DATE  12/22/11

Date of Servi